UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUCIA SALVATI, AS THE ASSIGNEE OF ROBERT EASTON, AJAX INVESTMENT PARTNERS, LLC, LOVEJOY WHARF, LLC, WASHINGTON WARF, LLC, BEVERLY WHARF, LLC, NORTH WASHINGTON WHARF, LLC, AND AB WHARF, LLC, | : : : : : : | CIVIL NO. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIREMAN'S FUND INSURANCE COMPANY d/b/a THE AMERICAN INSURANCE COMPANY, | : : : | |
| | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, defendant Fireman's Fund Insurance Company d/b/a The American Insurance Company ("Defendant") hereby removes to this Court the action filed in Massachusetts Superior Court, Suffolk County, entitled Lucia Salvati. v. Fireman's Fund Insurance Company, Civil Action No. 15-01283-F (the "State Court Action"). In support of this Notice of Removal, Defendant respectfully states as follows:

1.      On or about July 13, 2015, plaintiff Lucia Salvati ("Plaintiff") served Defendant with a Summons and Complaint in the State Court Action. Plaintiff's Complaint asserts claims against Defendant for breach of contract (Count I) and declaratory judgment (Count II).

2.      This Notice of Removal is being filed within 30 days of service of process on Defendant, and is therefore timely under 28 U.S.C. § 1446(b)(2)(B).

3.      This Court has jurisdiction over this action under 28 U.S.C. § 1332(a), based on diversity of citizenship. Plaintiff is an individual who resides in Suffolk County, Massachusetts. (Compl., ¶ 1) Defendant is an insurance company organized under the laws of the State of California, with its principal place of business in Novato, California. The parties are therefore citizens of different states.

4.      As set forth in the Complaint (Compl., ¶ 31), Plaintiff alleges that she is entitled to a payment from Defendant in the amount of $5,000,000. The amount in controversy therefore exceeds the statutory requirement of $75,000.

5.      Given the complete diversity of citizenship and that the amount in controversy exceeds $75,000.00, this Court has jurisdiction over this matter under 28 U.S.C. §§ 1332(a) and 1441(b).

6.      Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto as Exhibit A copies of all process, pleadings, and orders served on it in the State Court Action.

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon all known counsel of record, along with a copy of the Notice to State Court of Removal, which is being filed in the State Court Action.

WHEREFORE, Defendant hereby provides notice that this action is duly removed to this Court.

Respectfully submitted,

FIREMAN'S FUND INSURANCE COMPANY
d/b/a THE AMERICAN INSURANCE
COMPANY,

By its attorneys,

/s/ Jonathan E. Small
Jonathan E. Small (BBO No. 672480)
E-mail: jsmall@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Dated: August 12, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2015, the foregoing document will be served by U.S.

mail, postage prepaid, to counsel for plaintiff at the following address:

Douglas K. Sheff
Donald R. Grady
Frank J. Federico, Jr.
Sheff Law Offices, P.C.
Ten Tremont Street – 7th Floor
Boston, MA 02108

/s/ Jonathan E. Small
Jonathan E. Small

`